Jonathan M. Genish (State Bar No. 259031)
jgenish@blackstonepc.com
Benjamin J. Kussman (State Bar No. 304488)
bkussman@blackstonepc.com
BLACKSTONE LAW, APC
8383 Wilshire Boulevard, Suite 745
Beverly Hills, California 90211
Telephone: (310) 622-4278

Attorneys for Plaintiff
RITA RAY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA RAY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VITAS HEALTHCARE CORPORATION, a Delaware corporation; VITAS HEALTHCARE CORPORATION OF CALIFORNIA, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 8:21-cv-00857-CJC-JDE<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed: May 7, 2021<br>Trial Date: None |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff and Defendants have reached a settlement in the above-referenced case.  A formal settlement agreement is being drafted and will be circulated between the parties for review and approval.  Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal with Prejudice of the entire action will be filed.

DATED: April 14, 2022                  **BLACKSTONE LAW, APC**

                                   By: /s/ Benjamin Kussman
                                       Benjamin J. Kussman
                                       Attorneys for Plaintiff

DATED: April 14, 2022                  **HIRSCHFELD KRAEMER LLP**

                                   By: /s/ Ferry E. Lopez
                                     Ferry E. Lopez
                                     Alia L. Chaib
                                     Attorneys for Defendants